FILED

2018 MAY 10 PM 2: 15

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| | ) 1:18 CR 238 |
| v. | ) CASE NO. _____ |
| | ) Title 18, Section 641, United |
| LEON GHOLSTON, AKA LEON COLLINS, | ) States Code |
| Defendant. | ) |
| | ) JUDGE PEARSON |

COUNT 1

The United States Attorney charges:

From in or around August 2003 and continuing until in or around January 2018, in the Northern District of Ohio, Eastern Division, Defendant LEON GHOLSTON, aka LEON COLLINS, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, and without authority dispose of property of the United States exceeding $1,000 in value belonging to the United States Social Security Administration, an agency of the United States, to wit: Title XVI Supplemental Security Income Benefits in the amount of approximately $104,846.66, all in violation of Title 18, Section 641, United States Code.

JUSTIN E. HERDMAN
United States Attorney

By: _____
EDWARD F. FERAN
Chief, General Crimes Unit